IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SMALL, | No. CIV S-12-0403-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| DISCOUNT MAGAZINE SUBSCRIPTION SERVICE, INC., | |
| Defendant. | |
| _____ / | |

Plaintiff, who is proceeding pro se, brings this civil action.[1] Pending before the court are plaintiff's first and second amended complaints, filed on March 2, 2012, and March 7, 2012, respectively.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule

---

[1] The matter was initially filed in the Lassen County Superior Court and removed to this court by defendant.

1

12(b), (e), or (f) of the rules, whichever time is earlier, <u>see</u> Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. <u>See</u> Fed. R. Civ. P. 15(a)(2).

In this case, plaintiff's first amended complaint was filed within 21 days of service of defendant's motion to dismiss. Therefore, the amended complaint is filed as of right and leave of court is not necessary. Because defendant's motion to dismiss challenges the original complaint which is superceded by the amended complaint, the motion will be terminated as a pending matter on the court's docket. Defendant will be required to file a response to the first amended complaint.

As to plaintiff's second amended complaint, because that pleading was filed without first obtaining leave of court, the document will be stricken.

Accordingly, IT IS HEREBY ORDERED that:

1. This action proceeds on the first amended complaint filed as of right on March 2, 2012;

2. The Clerk of the Court is directed to terminate defendant's motion to dismiss (Doc. 6) as a pending motion;

3. Plaintiff's second amended complaint filed on March 7, 2012, is stricken; and

4. Defendant shall file a response to the first amended complaint within 30 days of the date of this order.

DATED: March 12, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE