IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SMALL,                                       No. CIV S-12-0403-MCE-CMK

        Plaintiff,

   vs.                                                            ORDER

DISCOUNT MAGAZINE
SUBSCRIPTION SERVICE, INC.,

        Defendant.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action.[1]  The parties have filed a stipulation for voluntary dismissal of this action, with prejudice.  Because the parties have stipulated to voluntary dismissal, leave of court is not required and this action is dismissed on the parties' stipulation.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

---

[1] The matter was initially filed in the Lassen County Superior Court and removed to this court by defendant.

1

1 | This action is dismissed with prejudice and the Clerk of the Court is directed to
2 | close this file.
3 | IT IS SO ORDERED.

DATED: June 8, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE