**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD SMALL, | No. CIV S-12-0403-MCE-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| DISCOUNT MAGAZINE SUBSCRIPTION SERVICE, INC., | |
|     Defendant. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action.[1] The parties have filed a stipulation for voluntary dismissal of this action, with prejudice. Because the parties have stipulated to voluntary dismissal, leave of court is not required and this action is dismissed on the parties' stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

---

[1] The matter was initially filed in the Lassen County Superior Court and removed to this court by defendant.

1

1  This action is dismissed with prejudice and the Clerk of the Court is directed to
2  close this file.
3  IT IS SO ORDERED.

5  DATED: June 8, 2012

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

2